**2014–0553.   State ex rel. Shue v. Croft.**
In Mandamus. On complaint in mandamus. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1238.   In re Warren.**
Public Utilities Commission, No. 12–2100–TR–CVF. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1296.   State ex rel. Boland v. Cuyahoga Cty. Clerk of Court.**
In Mandamus. On application to dismiss the Cuyahoga County Court Administrator from this matter and motions to dismiss of Cuyahoga County Clerk of Courts Andrea F. Rocco and the Cuyahoga County Court Administrator. Motions granted. Cause dismissed. On motion of Judge John J. Russo to intervene as respondent. Motion denied. On relator's motion for oral argument on respondents' motions to dismiss. Motion denied.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1338.   Scott v. Sloan.**
In Mandamus and Prohibition. On motion to dismiss and motion to strike motion to dismiss. Motion to dismiss granted. Motion to strike motion to dismiss denied. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1482.   Foster v. Calaway.**
In Mandamus. On complaint in mandamus of JaMichael Foster. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1493.   Foster v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus, amended motion to amend, motion habeas corpus verification sub judice, and complaint for mandamus. Sua sponte, cause dismissed and motions denied.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1605.   State ex rel. Varnau v. Twelfth Dist. Court of Appeals.**
In Mandamus and Prohibition. On motion for issuance of peremptory or alternative writ. It is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05:
   The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondents' brief.
   On motion to dismiss. Motion denied.
   O'CONNOR, C.J., and LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
   PFEIFER, J., would issue a peremptory writ.
   O'DONNELL, J., would dismiss the petition.

**2014–1607.   Keith v. Bunting.**
In Habeas Corpus. On petition for writ of habeas corpus of Jeffrey C. Keith. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1644.   McClain v. Horner.**
In Mandamus. On complaint in mandamus of Robert McClain III. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
   PFEIFER, J., dissents.